ORDERED ACCORDINGLY.

Dated: March 21, 2019



_____
**Brenda K. Martin, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| ERICH TOMMY VAN SANFORD | Case No. 2:15-01408-BKM |
| CONCEPCION ANGELA VAN SANFORD | ORDER FOR PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s) | |

Upon application of Edward J. Maney, Trustee and good cause appearing:

IT IS ORDERED that the Trustee pay over the amount of $2717.15 to the Clerk of the Court to be deposited as provided in Section 347(a) of the Bankruptcy Code.

**ORDER SIGNED AND DATED ABOVE**